POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Matthew D. Brekhus, 119251<br>FLYNN, WILLIAMS, WESTER & HALL<br>775 Baywood Dr Suite 305<br>Petaluma, CA 94954<br>TELEPHONE NO.: (707) 769-2990<br>ATTORNEY FOR (Name): Plaintiff | BY FAX |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

| PLAINTIFF/PETITIONER: Nicholas J. Barbarotto, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Hartford Life Insurance Company | C061267CRB |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>9071-001 |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint; Demand for Jury Trial, Summons and coordinating documents

3. a. Party served: Hartford Life Insurance Company

   b. Person Served: Maria Sanchez - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
                                        LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): April 6, 2006    (2) at (time): 3:05 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Hartford Life Insurance Company

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:          Jimmy Lizama
   b. Address:       One Legal, Inc. - 132-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
       (3) registered California process server.
           (i) Employee or independent contractor.
           (ii) Registration No.: 4553
           (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: April 7, 2006

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6618576