1  FLYNN, WILLIAMS, WESTER & HALL, LLP
   BARRY F. WESTER  Bar No. 103588
2  MATTHEW D. BREKHUS  Bar No. 119251
   775 Baywood Drive, Suite 305
3  Petaluma, California 94954
   Telephone:  (707) 769-2990
4  Facsimile:  (707) 769-2999
   mbrekhus@fwwh.com
5
   Attorneys for Plaintiff
6  NICHOLAS J. BARBAROTTO

7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
9  MICHELLE Y. McISAAC  Bar No. 215294
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12 dennis.rolstad@sdma.com

13 Attorneys for Defendant
   HARTFORD LIFE INSURANCE COMPANY
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 NICHOLAS J. BARBAROTTO,                  | CASE NO. C 06 1278 CRB
   individually and as Trustee of the
18 NICHOLAS J. BARBAROTTO Revocable         | **STIPULATION FOR THIRTY-DAY**
   Living Trust Agreement dated             | **EXTENSION FOR DEFENDANT**
19 November 2, 2005,                        | **HARTFORD LIFE INSURANCE**
                                            | **COMPANY TO RESPOND TO THE**
20       Plaintiff,                         | **COMPLAINT**

21       v.

22 HARTFORD LIFE INSURANCE
   COMPANY, a corporation doing business
23 as THE HARTFORD and HARTFORD
   LIFE AND ACCIDENT INSURANCE
24 COMPANY, and DOES 1-10,

25       Defendants.

26

27       Pursuant to Northern District Local Rule 6-1, plaintiff Nicholas J. Barbarotto and

28 defendant Hartford Life and Accident Insurance Company ("Hartford"), by and through their

---

-1-                                          CASE NO. C 06 1278 CRB
STIPULATION FOR THIRTY-DAY EXTENSION TO RESPOND TO COMPLAINT

1  attorneys of record herein, hereby stipulate and agree that Hartford shall have a 30-day extension,

2  to until May 26, 2006, with which to file and serve its response to Barbarotto's complaint in this

3  action.

4         IT IS SO AGREED AND STIPULATED.

5  DATED: April 19, 2006          FLYNN, WILLIAMS, WESTER & HALL, LLP

6

7

8                                 By: s/Matthew D. Brekhus
                                      BARRY F. WESTER
                                      MATTHEW D. BREKHUS
9                                     Attorneys for Plaintiff
                                      NICHOLAS J. BARBAROTTO
10

11

12  DATED: April 21, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP

13

14                                 By:s/Michelle Y. McIsaac
                                      DENNIS G. ROLSTAD
15                                    MICHELLE Y. McISAAC
                                      Attorneys for Defendant
16                                    HARTFORD LIFE INSURANCE COMPANY

17

18

19

20

21

22

23

24

25

26

27

28

-2-                         CASE NO. C 06 1278 CRB
STIPULATION FOR THIRTY-DAY EXTENSION TO RESPOND TO COMPLAINT