| | |
|---|---|
| 1 | FLYNN, WILLIAMS, WESTER & HALL, LLP |
|   | BARRY F. WESTER  Bar No. 103588 |
| 2 | MATTHEW D. BREKHUS  Bar No. 119251 |
|   | 775 Baywood Drive, Suite 305 |
| 3 | Petaluma, California 94954 |
|   | Telephone:  (707) 769-2990 |
| 4 | Facsimile:  (707) 769-2999 |
|   | mbrekhus@fwwh.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | NICHOLAS J. BARBAROTTO |
| 7 | |
|   | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 8 | BRUCE D. CELEBREZZE  Bar No. 102181 |
|   | DENNIS G. ROLSTAD  Bar No. 150006 |
| 9 | MICHELLE Y. McISAAC  Bar No. 215294 |
|   | One Market Plaza |
| 10 | Steuart Tower, 8th Floor |
|    | San Francisco, California 94105 |
| 11 | Telephone: (415) 781-7900 |
|    | Facsimile: (415) 781-2635 |
| 12 | dennis.rolstad@sdma.com |
| 13 | Attorneys for Defendant |
|    | HARTFORD LIFE INSURANCE COMPANY |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | NICHOLAS J. BARBAROTTO, individually and as Trustee of the NICHOLAS J. BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005, | CASE NO. C 06 1278 CRB |
| 18 | | **STIPULATION FOR THIRTY-DAY EXTENSION FOR DEFENDANT HARTFORD LIFE INSURANCE COMPANY TO RESPOND TO THE COMPLAINT** |
| 19 | | |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1-10, | |
| 25 | Defendants. | |

27   Pursuant to Northern District Local Rule 6-1, plaintiff Nicholas J. Barbarotto and

28 defendant Hartford Life and Accident Insurance Company ("Hartford"), by and through their

1   attorneys of record herein, hereby stipulate and agree that Hartford shall have a 30-day extension,

2   to until May 26, 2006, with which to file and serve its response to Barbarotto's complaint in this

3   action.

4         IT IS SO AGREED AND STIPULATED.

5   DATED: April 19, 2006      FLYNN, WILLIAMS, WESTER & HALL, LLP

6

7

8         By: s/Matthew D. Brekhus
         BARRY F. WESTER
         MATTHEW D. BREKHUS

9            Attorneys for Plaintiff
         NICHOLAS J. BARBAROTTO

10

11

12  DATED: April 21, 2006      SEDGWICK, DETERT, MORAN & ARNOLD LLP

13

14        By:s/Michelle Y. McIsaac
         DENNIS G. ROLSTAD

15           MICHELLE Y. McISAAC
         Attorneys for Defendant

16           HARTFORD LIFE INSURANCE COMPANY

17

18

19

20

21

22

23  IT IS SO ORDERED

24

25        Judge Charles R. Breyer      April2 4, 2006

26

27

28

      -2-      CASE NO. C 06 1278 CRB
STIPULATION FOR THIRTY-DAY EXTENSION TO RESPOND TO COMPLAINT