1  FLYNN, WILLIAMS, WESTER & HALL, LLP
   BARRY F. WESTER  Bar No. 103588
2  MATTHEW D. BREKHUS  Bar No. 119251
   775 Baywood Drive, Suite 305
3  Petaluma, California 94954
   Telephone:  (707) 769-2990
4  Facsimile:  (707) 769-2999
   mbrekhus@fwwh.com
5
   Attorneys for Plaintiff
6  NICHOLAS J. BARBAROTTO

7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
9  MICHELLE Y. McISAAC  Bar No. 215294
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12 dennis.rolstad@sdma.com

13 Attorneys for Defendants
   HARTFORD LIFE INSURANCE COMPANY and
14 HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  NICHOLAS J. BARBAROTTO, individually and as Trustee of the<br>18  NICHOLAS J. BARBAROTTO Revocable Living Trust Agreement dated<br>19  November 2, 2005,<br><br>20           Plaintiff,<br><br>21           v.<br><br>22  HARTFORD LIFE INSURANCE COMPANY, a corporation doing business<br>23  as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE<br>24  COMPANY, and DOES 1-10,<br><br>25           Defendants. | CASE NO. C 06 1278 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO DELETE DOCUMENT NO. 7 OF THE DOCKET FROM THE PUBLIC RECORD** |

26

27       Plaintiff Nicholas J. Barbarotto and defendants Hartford Life Insurance Company and

28 Hartford Life and Accident Insurance Company (jointly "Hartford"), by and through their

1  attorneys of record herein, hereby stipulate and request that document No. 7 of the Docket,

2  mistakenly e-filed on May 26, 2006 by Hartford, be deleted from the public record. Hartford

3  attempted to e-file its answer to plaintiff's complaint, but through administrative error,

4  mistakenly e-filed a different document. Hartford contacted the ECF Help Desk to modify the

5  Docket to reflect the error. Hartford also properly e-filed its answer which is document No. 8 of

6  the Docket. The parties agree that document No. 7 should be deleted from the public record.

7      IT IS SO AGREED AND STIPULATED.

8  DATED: May 30, 2006    FLYNN, WILLIAMS, WESTER & HALL, LLP

9

10

11      By: s/Matthew D. Brekhus
    BARRY F. WESTER
    MATTHEW D. BREKHUS

12      Attorneys for Plaintiff
    NICHOLAS J. BARBAROTTO

13

14

15  DATED: June 5, 2006    SEDGWICK, DETERT, MORAN & ARNOLD LLP

16

17      By:s/Michelle Y. McIsaac
    DENNIS G. ROLSTAD

18      MICHELLE Y. McISAAC
    Attorneys for Defendant

19      HARTFORD LIFE INSURANCE COMPANY

20

21

22      <u>ORDER</u>

23      The Court, having considered the parties' stipulation, hereby GRANTS the parties'

24  request and ORDERS the Clerk to delete document No. 7 of the Docket from the public record.

25      IT IS SO ORDERED.

26  DATED:

27      THE HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE
    NORTHERN DISTRICT OF CALIFORNIA

28