1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9                **Northern District of California**

10   Barbarotto,                                    06-01278 CRB

11                        Plaintiff(s),             **NOTICE RE: NONCOMPLIANCE
                                                    WITH COURT ORDER**
12          v.

13   Hartford Life Insurance Company,

14                        Defendant(s).

15

16        The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

United States District Court
Northern District of California

United States District Court
Northern District of California

1    450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2    to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5    required, to occur before the Case Management Conference.

6

7

8    Dated: June 9, 2006

9                                            RICHARD W. WIEKING
                                             Clerk
10                                           by:    Timothy J. Smagacz

11                                           Timothy Smagacz

12                                           _____
                                             ADR Administrative Assistant
13                                           415-522-4205
                                             Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
06-01278 CRB                           -2-

**PROOF OF SERVICE**

Case Name:        Barbarotto v. Hartford Life Insurance Company

Case Number:      06-01278 CRB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On June 9, 2006, I served a true and correct copy of:

>   **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Barry F. Wester
>   Flynn Williams Wester & Hall LLP
>   775 Baywood Drive, Suite 305
>   Petaluma, CA 94954
>
>   Matthew Brekhus Esq.
>   Flynn, Williams Wester & Hall, LLP
>   775 Baywood Dr., Suite 305
>   Petaluma, CA 94954
>   mbrekhus@fwwh.com
>
>   Michelle Yumi McIsaac
>   Sedgwick, Detert, Moran & Arnold
>   One Market Plaza
>   Steuart Tower, 8th Floor
>   San Francisco, CA 94105
>   michelle.mcisaac@sdma.com

Bruce D. Celebrezze
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
bruce.celebrezze@sdma.com

Dennis G. Rolstad
Sedgwick Detert Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
dennis.rolstad@sdma.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 9, 2006 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov