1  FLYNN, WILLIAMS, WESTER & HALL, LLP
   BARRY F. WESTER  Bar No. 103588
2  MATTHEW D. BREKHUS  Bar No. 119251
   775 Baywood Drive, Suite 305
3  Petaluma, California 94954
   Telephone:  (707) 769-2990
4  Facsimile:  (707) 769-2999
   mbrekhus@fwwh.com
5
   Attorneys for Plaintiff
6  NICHOLAS J. BARBAROTTO

7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
9  MICHELLE Y. McISAAC  Bar No. 215294
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12 dennis.rolstad@sdma.com

13 Attorneys for Defendants
   HARTFORD LIFE INSURANCE COMPANY and
14 HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17 | NICHOLAS J. BARBAROTTO,                          | CASE NO. C 06 1278 CRB
   | individually and as Trustee of the               |
18 | NICHOLAS J. BARBAROTTO Revocable                 | **STIPULATION AND [PROPOSED]**
   | Living Trust Agreement dated                     | **ORDER TO DELETE DOCUMENT NO. 7**
19 | November 2, 2005,                                | **OF THE DOCKET FROM THE PUBLIC**
   |                                                  | **RECORD**
20 |          Plaintiff,                              |

21 |     v.                                           |

22 | HARTFORD LIFE INSURANCE                          |
   | COMPANY, a corporation doing business            |
23 | as THE HARTFORD and HARTFORD                     |
   | LIFE AND ACCIDENT INSURANCE                      |
24 | COMPANY, and DOES 1-10,                          |

25 |          Defendants.                             |

26

27       Plaintiff Nicholas J. Barbarotto and defendants Hartford Life Insurance Company and

28 Hartford Life and Accident Insurance Company (jointly "Hartford"), by and through their

attorneys of record herein, hereby stipulate and request that document No. 7 of the Docket, mistakenly e-filed on May 26, 2006 by Hartford, be deleted from the public record. Hartford attempted to e-file its answer to plaintiff's complaint, but through administrative error, mistakenly e-filed a different document. Hartford contacted the ECF Help Desk to modify the Docket to reflect the error. Hartford also properly e-filed its answer which is document No. 8 of the Docket. The parties agree that document No. 7 should be deleted from the public record.

IT IS SO AGREED AND STIPULATED.

DATED: May 30, 2006     FLYNN, WILLIAMS, WESTER & HALL, LLP

By: s/Matthew D. Brekhus
    BARRY F. WESTER
    MATTHEW D. BREKHUS
    Attorneys for Plaintiff
    NICHOLAS J. BARBAROTTO

DATED: June 5, 2006     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:s/Michelle Y. McIsaac
    DENNIS G. ROLSTAD
    MICHELLE Y. McISAAC
    Attorneys for Defendant
    HARTFORD LIFE INSURANCE COMPANY

ORDER

The Court, having considered the parties' stipulation, hereby GRANTS the parties' request and ORDERS the Clerk to delete document No. 7 of the Docket from the public record.

IT IS SO ORDERED.

DATED: June 7, 2006

THE HONORABLE _____ BREYER
UNITED STATES _____ JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*