**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 23, 2006**

**C-06-01278 CRB**

**NICHOLAS J BARBAROTTO** v. **HARTFORD LIFE INSURANCE CO**

Attorneys:     Matthew Brekhas                    Dennis Rolstad

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **N/A**

**PROCEEDINGS:**                                                               **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____
         ( )By Court          ( )Parties to approach Chief Magistrate in future

(X) CASE CONTINUED TO September 08, 2006 @ 8:30 a.m.  for  Further Case Management Conference

Discovery Cut-Off _____                Expert Discovery Cut-Off _____

Plntf to Name Experts by _____         Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                     Type of Trial:  ( )Jury    ( )Court

Notes: _____