1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  DENNIS G. ROLSTAD  Bar No. 150006
   MICHELLE Y. McISAAC  Bar No. 215294
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendants
   HARTFORD LIFE INSURANCE COMPANY and
7  HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 NICHOLAS J. BARBAROTTO,                    CASE NO. C 06 1278 CRB
   individually and as Trustee of the
13 NICHOLAS J. BARBAROTTO Revocable           **STIPULATION AND [PROPOSED]
   Living Trust Agreement dated               ORDER TO EXTEND LAST DATE FOR
14 November 2, 2005,                          PARTIES TO ENGAGE IN MEDIATION,
                                              AND TO CONTINUE FURTHER CASE
15            Plaintiff,                      MANAGEMENT CONFERENCE**

16       v.

17 HARTFORD LIFE INSURANCE
   COMPANY, a corporation doing business
18 as THE HARTFORD and HARTFORD
   LIFE AND ACCIDENT INSURANCE
19 COMPANY, and DOES 1-10,

20            Defendants.

21

22       PLAINTIFF NICHOLAS J. BARBAROTTO AND DEFENDANTS HARTFORD LIFE

23 INSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE

24 COMPANY, BY AND THROUGH THEIR ATTORNEYS OF RECORD, AGREE AND

25 STIPULATE:

26       The parties have scheduled mediation before John Skelton, Esq., the assigned mediator

27 for this action, to occur on October 13, 2006, commencing at 9:00 a.m., and therefore stipulate to

28 continue the last date for the parties to engage in mediation from September 18, 2006 to

1  October 13, 2006, to continue the last date for the parties to file a further joint report to

2  October 20, 2006, and to continue the further case management conference from September 8,

3  2006 to October 27, 2006.  The extension and continuance is requested due to the mediator's

4  availability, to allow plaintiff to obtain and produce documents, and to confirm authorization for

5  the Trust to pursue this action following the death of plaintiff Nicholas J. Barbarotto.  Mediator

6  John Skelton affirmed that he agrees with this stipulation.

7       SO AGREED AND STIPULATED:

8

9  Dated: 8/2/06                           FLYNN, WILLIAMS, WESTER & HALL, LLP

10
                                           By:    s/Matthew D. Brekhus
11                                                BARRY F. WESTER
                                                  MATTHEW D. BREKHUS
12                                                Attorneys for Plaintiff
                                                  NICHOLAS J. BARBAROTTO
13

14

15  Dated: 8/2/06                          SEDGWICK, DETERT, MORAN & ARNOLD LLP

16                                         By:    s/Dennis G. Rolstad
                                                  DENNIS G. ROLSTAD
17                                                MICHELLE Y. McISAAC
                                                  Attorneys for Defendants
18                                                HARTFORD LIFE INSURANCE COMPANY and
                                                  HARTFORD LIFE AND ACCIDENT
19                                                INSURANCE COMPANY

20
                                           ORDER
21

22       For good cause shown, it is hereby ORDERED that the last date for the parties to engage

23  in mediation is continued to October 13, 2006, that the last date for the parties to file a further

24  joint statement is continued to October 20, 2006, and that the further case management

25  conference is continued to October 27, 2006 at 8:30 a.m.

26

27  Dated: _____
                                           THE HONORABLE CHARLES R. BREYER
28                                         UNITED STATES DISTRICT COURT