| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>BRUCE D. CELEBREZZE  Bar No. 102181 |
| 2 | DENNIS G. ROLSTAD  Bar No. 150006<br>MICHELLE Y. McISAAC  Bar No. 215294 |
| 3 | One Market Plaza<br>Steuart Tower, 8th Floor |
| 4 | San Francisco, California 94105<br>Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
| 6 | Attorneys for Defendants<br>HARTFORD LIFE INSURANCE COMPANY and |
| 7 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | NICHOLAS J. BARBAROTTO, individually and as Trustee of the NICHOLAS J. BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005, | CASE NO. C 06 1278 CRB |
| 15 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND LAST DATE FOR PARTIES TO ENGAGE IN MEDIATION, AND TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| 16 | v. | |
| 17 | HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1-10, | |
| 20 | Defendants. | |

PLAINTIFF NICHOLAS J. BARBAROTTO AND DEFENDANTS HARTFORD LIFE INSURANCE COMPANY AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, BY AND THROUGH THEIR ATTORNEYS OF RECORD, AGREE AND STIPULATE:

The parties have scheduled mediation before John Skelton, Esq., the assigned mediator for this action, to occur on October 13, 2006, commencing at 9:00 a.m., and therefore stipulate to continue the last date for the parties to engage in mediation from September 18, 2006 to

1  October 13, 2006, to continue the last date for the parties to file a further joint report to
2  October 20, 2006, and to continue the further case management conference from September 8,
3  2006 to October 27, 2006.  The extension and continuance is requested due to the mediator's
4  availability, to allow plaintiff to obtain and produce documents, and to confirm authorization for
5  the Trust to pursue this action following the death of plaintiff Nicholas J. Barbarotto.  Mediator
6  John Skelton affirmed that he agrees with this stipulation.
7      SO AGREED AND STIPULATED:
8
9  Dated: 8/2/06      FLYNN, WILLIAMS, WESTER & HALL, LLP
10
11       By:   s/Matthew D. Brekhus
     BARRY F. WESTER
     MATTHEW D. BREKHUS
12       Attorneys for Plaintiff
     NICHOLAS J. BARBAROTTO
13
14
15  Dated: 8/2/06      SEDGWICK, DETERT, MORAN & ARNOLD LLP
16       By:   s/Dennis G. Rolstad
     DENNIS G. ROLSTAD
17       MICHELLE Y. McISAAC
     Attorneys for Defendants
18       HARTFORD LIFE INSURANCE COMPANY and
     HARTFORD LIFE AND ACCIDENT
19       INSURANCE COMPANY
20
    ORDER
21
22      For good cause shown, it is hereby ORDERED that the last date for the parties to engage
23  in mediation is continued to October 13, 2006, that the last date for the parties to file a further
24  joint statement is continued to October 20, 2006, and that the further case management
25  conference is continued to October 27, 2006 at 8:30 a.m.
26
27  Dated: August 03, 2006
     THE HONORABLE CHARLES
28       UNITED STATES DISTRICT

*IT IS SO ORDERED* — Judge Charles R. Breyer

-2-
STIP. AND [PROPOSED] ORDER TO EXTEND LAST DATE FOR PARTIES TO ENGAGE IN MEDIATION
CASE NO. C 06 1278 CRB