```
 1  FLYNN, WILLIAMS, WESTER & HALL, LLP
    BARRY F. WESTER  Bar No. 103588
 2  MATTHEW D. BREKHUS  Bar No. 119251
    775 Baywood Drive, Suite 305
 3  Petaluma, California 94954
    Telephone:  (707) 769-2990
 4  Facsimile:  (707) 769-2999
    mbrekhus@fwwh.com
 5
    Attorneys for Plaintiff
 6  NICHOLAS J. BARBAROTTO

 7
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
 8  BRUCE D. CELEBREZZE  Bar No. 102181
    DENNIS G. ROLSTAD  Bar No. 150006
 9  MICHELLE Y. McISAAC  Bar No. 215294
    One Market Plaza
10  Steuart Tower, 8th Floor
    San Francisco, California 94105
11  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
12
    Attorneys for Defendants
13  HARTFORD LIFE INSURANCE COMPANY and
    HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. BARBAROTTO, individually and as Trustee of the NICHOLAS J. BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | CASE NO. C 06 1278 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED by and between plaintiff Nicholas J. Barbarotto and
2  defendants Hartford Life Insurance Company and Hartford Life and Accident Insurance
3  Company, by and through their respective attorneys of record herein, that this entire action shall
4  be DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

5  DATED: October 19 2006          FLYNN, WILLIAMS, WESTER & HALL, LLP

                                   By: _____
                                       MATTHEW D. BREKHUS
                                       Attorneys for Plaintiff
                                       NICHOLAS J. BARBAROTTO

11 DATED: October   , 2006         SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                   By: _____
                                       DENNIS G. ROLSTAD
                                       MICHELLE Y. MCISAAC
                                       Attorneys for Defendants
                                       HARTFORD LIFE INSURANCE COMPANY and
                                       HARTFORD LIFE AND ACCIDENT INSURANCE
                                       COMPANY


           IT IS SO ORDERED.


           DATED:                       _____
                                        HONORABLE CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

1  IT IS HEREBY STIPULATED by and between plaintiff Nicholas J. Barbarotto and
2  defendants Hartford Life Insurance Company and Hartford Life and Accident Insurance
3  Company, by and through their respective attorneys of record herein, that this entire action shall
4  be DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

5  DATED: October   , 2006        FLYNN, WILLIAMS, WESTER & HALL, LLP

By: _____
MATTHEW D. BREKHUS
Attorneys for Plaintiff
NICHOLAS J. BARBAROTTO

DATED: October 19, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
DENNIS G. ROLSTAD
MICHELLE Y. MCISAAC
Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY and
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY

IT IS SO ORDERED.

DATED:
_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

SF/1365687v1

-2-    CASE NO. C 06 1278 CRB
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE