1  FLYNN, WILLIAMS, WESTER & HALL, LLP
   BARRY F. WESTER  Bar No. 103588
2  MATTHEW D. BREKHUS  Bar No. 119251
   775 Baywood Drive, Suite 305
3  Petaluma, California 94954
   Telephone: (707) 769-2990
4  Facsimile: (707) 769-2999
   mbrekhus@fwwh.com
5
   Attorneys for Plaintiff
6  NICHOLAS J. BARBAROTTO

7

   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  BRUCE D. CELEBREZZE  Bar No. 102181
   DENNIS G. ROLSTAD  Bar No. 150006
9  MICHELLE Y. McISAAC  Bar No. 215294
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, California 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12
   Attorneys for Defendants
13 HARTFORD LIFE INSURANCE COMPANY and
   HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
14

15
                       UNITED STATES DISTRICT COURT
16
                      NORTHERN DISTRICT OF CALIFORNIA
17

18
   | NICHOLAS J. BARBAROTTO, individually and as Trustee of the NICHOLAS J. BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005, | CASE NO. C 06 1278 CRB |
   |---|---|
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
   | v. | |
   | HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1-10, | |
   | Defendants. | |

1  IT IS HEREBY STIPULATED by and between plaintiff Nicholas J. Barbarotto and
2  defendants Hartford Life Insurance Company and Hartford Life and Accident Insurance
3  Company, by and through their respective attorneys of record herein, that this entire action shall
4  be DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.
5  DATED: October 19 2006           FLYNN, WILLIAMS, WESTER & HALL, LLP

7                                   By: _____
8                                        MATTHEW D. BREKHUS
                                         Attorneys for Plaintiff
9                                        NICHOLAS J. BARBAROTTO

11 DATED: October   , 2006           SEDGWICK, DETERT, MORAN & ARNOLD LLP

13                                  By: _____
14                                       DENNIS G. ROLSTAD
                                         MICHELLE Y. MCISAAC
15                                       Attorneys for Defendants
                                         HARTFORD LIFE INSURANCE COMPANY and
16                                       HARTFORD LIFE AND ACCIDENT INSURANCE
                                         COMPANY

18  IT IS SO ORDERED.

20  DATED:   October 19, 2006        _____
21                                   HONORABLE CHARLES R. BREYER
                                     UNITED STATES DISTRICT JUDGE

*[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*