**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

**CASE NUMBER:  CV 06-01278 CRB**

**CASE TITLE:  NICHOLAS J BARBAROTTO-v-HARTFORD LIFE INSURANCE CO**

<u>REASSIGNMENT ORDER</u>
General Order 44, Sec.E.4.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the Honorable Claudia Wilken for all further proceedings.

Counsel are instructed that all future filings shall bear the new initials CW immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RE NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:  April 15, 2008

_____
CHARLES R. BREYER
Transferring Judge

_____
CLAUDIA WILKEN
Accepting Judge

New Case File Clerk:
   Copies to :   Courtroom Deputies
                   Special Projects
   Log Noted
   Entered in computer

Transferring Case Systems Administrator:
   Copies to :   All Counsel
                   Recipient (Accepting) CSA