Barry F. Wester, Esq. (103588)
Matthew D. Brekhus, Esq. (119251)
DYKMAN & WESTER, LLP
790 Mission Avenue
San Rafael, CA 94901
Telephone: 415/454-8545
Facsimile: 415/454-8628

Attorneys for Plaintiff
VICKI CAPRIO and DUANE A. BARBAROTTO
as decedent Nicholas Barbarotto's Successors in Interest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J.BARBAROTTO, individually and as Trustee of the NICHOLAS J.BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD LIFE INSURANCE COMPANY a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.: C 06-1278 CW<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF**<br>**Civ. P. 60 (b)**<br><br>Judge: Claudia Wilken<br>Date: June 5, 2008<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Floor |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 5, 2008 at 2:00 p.m., in Courtroom 2, located on the fourth floor of the above entitled court located at 1301 Clay Street, Oakland, California, the motion of

Plaintiffs Vicky Caprio and Duane Barbarotto for Relief , will come on hearing before the honorable Claudia Wilken.

## Relief Sought

Vicky Caprio and Duane Barbarotto as Plaintiff Nicholas Barbarotto's successors in interest, move this court, pursuant to Rule 60(b) (4) for an order voiding the judgment entered in this action on October 19, 2006.

## Grounds for Motion

Vicky Caprio and Duane Barbarotto should be granted relief from the judgment in this matter because Plaintiff Nicholas Barbarotto died before this action was filed hence the action and the resulting judgment are void.

## Supporting Papers

This motion is based on this document, the attached Notice of Motion, Certificate of Service, the Declaration of Matthew D. Brekhus, the Supporting Memorandum of Points and Authorities, all of the pleadings, papers, and other records on file in this action, and whatever argument and evidence may be heard at any hearing on this motion.

Dated: April 25, 2008

_____/S/_____
MATTHEW BREKHUS