Barry F. Wester, Esq. (103588)
Matthew D. Brekhus, Esq. (119251)
DYKMAN & WESTER, LLP
790 Mission Avenue
San Rafael, CA  94901
Telephone:  415/454-8545
Facsimile:   415/454-8628

Attorneys for Plaintiffs
 VICKI CAPRIO and DUANE A. BARBAROTTO
 as decedent Nicholas Barbarotto's Successors in Interest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J.BARBAROTTO,individually and as Trustee of the NICHOLAS J.BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005,<br><br>             Plaintiffs,<br><br>     vs.<br><br>HARTFORD LIFE INSURANCE COMPANYa corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and Does 1 through 20, inclusive,<br><br>             Defendants. | Case No.: C06-1278<br><br>**[PROPOSED] ORDER GRANTING RELIEF FROM JUDGMENT**<br><br>**Civ. P. 60 (b)**<br><br><br>Judge:  Claudia Wilken<br>Date:   June 5 , 2008<br>Time:   2:00 p.m.<br>Ctrm:   2, 4th Floor |

On June 5, 2008, Vicky Caprio and Duane Barbarotto as Plaintiff Nicholas Barbarotto's successors in interest moved this court to set aside the judgment that it entered on October 19, 2006. The Court has considered the papers filed, the arguments of counsel, and the authorities cited in favor of and in opposition to the motion. Being so informed, the Court is of opinion that the motion should

1

be granted on the grounds that the action and judgment were void as the Plaintiff died before the action was filed. Therefore,

IT IS ORDERED THAT:

1. The judgment of this court entered on October 19, 2006 is set aside in its entirety and is of no further force or effect.

Dated:

_____
UNITED STATES DISTRICT JUDGE