Barry F. Wester, Esq. (103588)
Matthew D. Brekhus, Esq. (119251)
DYKMAN & WESTER, LLP
790 Mission Avenue
San Rafael, CA  94901
Telephone:  415/454-8545
Facsimile:   415/454-8628

Attorneys for Plaintiffs
 VICKI CAPRIO and DUANE A. BARBAROTTO
 as decedent Nicholas Barbarotto's Successors in Interest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J.BARBAROTTO, individually and as Trustee of the NICHOLAS J.BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HARTFORD LIFE INSURANCE COMPANY a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and Does 1 through 20, inclusive,<br><br>            Defendants. | Case No.: C 06-1278 CW<br><br>**PROOF OF SERVICE**<br><br>Judge:  Claudia Wilken<br>Date:   June 5, 2008<br>Time:   2:00 p.m.<br>Ctrm:   2, 4th Floor |

| | |
|---|---|
| Case Name: | ***NICHOLAS J. BARBAROTTO v. HARTFORD LIFE INSURANCE COMPANY*** |
| Court and Case No: | United States District Court, Northern District of California<br>Case No. C 06-1278 CW |

Document Name:  **NOTICE OF MOTION AND MOTION FOR RELIEF,
PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF ,
[PROPOSED] ORDER GRANTING RELIEF FROM JUDGMENT,
DECLARATION OF MATTHEW BREKHUS IN SUPPORT OF MOTION FOR RELIEF**

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action. My business name and address is Dykman &Wester, LLP, 790 Mission Avenue, San Rafael, CA 94901

On **April 29, 2008**, I caused to be served said document on the following parties involved as follows:

Bruce D. Celebrezze
Michelle McIsaac
Dennis G. Rolstad
Sedgwick, Detert, Moran & Arnold, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco,CA 94105

___    BY MAIL:  I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Petaluma, California.

___    BY PERSONAL DELIVERY:  I caused each such envelope to be delivered by hand to the offices of each addressee noted.

___    BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED: I caused each such envelope noted, with postage thereon fully prepaid, to be placed in the United States mail at Petaluma, California.

___    VIA FACSIMILE TRANSMISSION.

___    VIA OVERNIGHT DELIVERY

2

_x__     NOTICE OF ELECTRONIC FILING

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on **April 29, 2008** in Petaluma, California.

                                            _____/S/_____
                                            MATTHEW BREKHUS