```
1  Barry F. Wester, Esq. (103588)
   Matthew D. Brekhus, Esq. (119251)
2  DYKMAN & WESTER, LLP
   790 Mission Avenue
3  San Rafael, CA 94901
   Telephone: 415/454-8545
4  Facsimile: 415/454-8628

5  Attorneys for Plaintiff
    VICKI CAPRIO and DUANE A. BARBAROTTO
6   as decedent Nicholas Barbarotto's Successors in Interest
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J.BARBAROTTO, individually and as Trustee of the NICHOLAS J.BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD LIFE INSURANCE COMPANY a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.: C 06-1278 CW<br><br>**RENOTICE OF MOTION FOR RELIEF Civ. P. 60 (b)**<br><br>Judge: Claudia Wilken<br>Date:  June 12, 2008<br>Time:  2:00 p.m.<br>Ctrm:  2, 4th Floor |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 12, 2008 at 2:00 p.m., in Courtroom 2, located on the fourth floor of the above entitled court located at 1301 Clay Street, Oakland, California, the motion of

1

1 | Plaintiffs Vicky Caprio and Duane Barbarotto for Relief , will come on hearing before the honorable
2 | Claudia Wilken.
3 | Dated: April 30, 2008

\_\_\_\_\_/S/_____
MATTHEW BREKHUS

2

1  Barry F. Wester, Esq. (103588)
   Matthew D. Brekhus, Esq. (119251)
2  DYKMAN & WESTER, LLP
   790 Mission Avenue
3  San Rafael, CA  94901
   Telephone: 415/454-8545
4  Facsimile:  415/454-8628

5  Attorneys for Plaintiffs
    VICKI CAPRIO and DUANE A. BARBAROTTO
6   as decedent Nicholas Barbarotto's Successors in Interest

7

8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT COURT OF CALIFORNIA**

11

12

| | |
|---|---|
| NICHOLAS J.BARBAROTTO,individually and as Trustee of the NICHOLAS J.BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD LIFE INSURANCE COMPANYa corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.: C 06-1278 CW<br><br>**PROOF OF SERVICE**<br><br>Judge: Claudia Wilken<br>Date:   June 12, 2008<br>Time:   2:00 p.m.<br>Ctrm:   2, 4th Floor |

1

Case Name: ***NICHOLAS J. BARBAROTTO v. HARTFORD LIFE INSURANCE COMPANY***

Court and Case No: United States District Court, Northern District of California
Case No. C 06-1278 CW

Document Name: **RENOTICE OF MOTION FOR RELIEF,**

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action. My business name and address is Dykman &Wester, LLP, 790 Mission Avenue, San Rafael, CA 94901

On **April 30, 2008**, I caused to be served said document on the following parties involved as follows:

Bruce D. Celebrezze
Michelle McIsaac
Dennis G. Rolstad
Sedgwick, Detert, Moran & Arnold, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco,CA 94105

__     BY MAIL:  I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Petaluma, California.

__     BY PERSONAL DELIVERY:  I caused each such envelope to be delivered by hand to the offices of each addressee noted.

__     BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED: I caused each such envelope noted, with postage thereon fully prepaid, to be placed in the United States mail at Petaluma, California.

__     VIA FACSIMILE TRANSMISSION.

__     VIA OVERNIGHT DELIVERY

_x__     NOTICE OF ELECTRONIC FILING

2

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct and that this declaration is executed on **April 30, 2008** in Petaluma, California.

3                                                  _____/S/_____
4                                                  MATTHEW BREKHUS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28