SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
MICHELLE Y. MCISAAC BAR NO. 215294
michelle.mcisaac@sdma.com
NICHOLAS J. BOOS BAR NO. 233399
nicholas.boos@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY
and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

DYKMAN & WESTER, LLP
BARRY F. WESTER BAR NO. 103588
MATTHEW D. BREKHUS BAR NO. 119251
790 Mission Avenue
San Rafael, CA 94901
Telephone: (415) 454-8545
Facsimile: (415) 454-8628

Attorneys for Plaintiffs
VICKI CAPRIO and DUANE A. BARBAROTTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. BARBAROTTO, individually and as Trustee of the NICHOLAS J. BARBAROTTO Revocable Living Trust Agreement dated November 2, 2005,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY, a corporation doing business as THE HARTFORD and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 06-1278 CW<br><br>**STIPULATION TO CONTINUE HEARING OF VICKI CAPRIO'S AND DUANE A BARBAROTTO'S MOTION FOR RELIEF**<br><br>JUDGE: Hon. Claudia Wilken<br>CTRM: 2, 4th Floor<br>DATE: June 12, 2008<br>TIME: 2:00 p.m. |

SF/1511363v1

-1-

STIP. TO CONTINUE HEARING OF MOTION FOR RELIEF

Pursuant to Northern District Local Rule 7-7(a) and (b), moving parties Vicki Caprio and Duane A. Barbarotto ("moving parties"), and defendants Hartford Life Insurance Company and Hartford Life and Accident Insurance Company ("Hartford"), by and through their attorneys of record, agree and stipulate to continue the hearing on the moving parties' motion for relief (Docket #23), currently set for June 12, 2008. Hartford has not yet filed an opposition to the moving parties' motion, and the moving parties and Hartford stipulate to a continuance of the hearing on the motion to June 19, 2008, at 2:00 p.m. Pursuant to said stipulation, the moving parties and Hartford further stipulate that Hartford's opposition to the motion for relief shall be filed on or before May 29, 2008.

IT IS SO STIPULATED.

DATED: May 20, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
BRUCE D. CELEBREZZE
MICHELLE Y. MCISAAC
NICHOLAS J. BOOS
Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY
and HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

DATED: May    , 2008          DYKMAN & WESTER, LLP

By: _____
MATTHEW D. BREKHUS
Attorney for Plaintiffs
VICKI CAPRIO and DUANE A.
BARBAROTTO

1  Pursuant to Northern District Local Rule 7-7(a) and (b), moving parties Vicki Caprio and
2  Duane A. Barbarotto ("moving parties"), and defendants Hartford Life Insurance Company and
3  Hartford Life and Accident Insurance Company ("Hartford"), by and through their attorneys of
4  record, agree and stipulate to continue the hearing on the moving parties' motion for relief
5  (Docket #23), currently set for June 12, 2008. Hartford has not yet filed an opposition to the
6  moving parties' motion, and the moving parties and Hartford stipulate to a continuance of the
7  hearing on the motion to June 19, 2008, at 2:00 p.m. Pursuant to said stipulation, the moving
8  parties and Hartford further stipulate that Hartford's opposition to the motion for relief shall be
9  filed on or before May 29, 2008.

10  IT IS SO STIPULATED.

11  DATED: May    , 2008              SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
BRUCE D. CELEBREZZE
MICHELLE Y. MCISAAC
NICHOLAS J. BOOS
Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY
and HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

DATED: May 20, 2008               DYKMAN & WESTER, LLP

By: _____
MATTHEW D. BREKHUS
Attorney for Plaintiffs
VICKI CAPRIO and DUANE A.
BARBAROTTO